UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RYAN ROSS MCKENDRY-VERHUNCE,<br><br>Plaintiff,<br><br>v.<br><br>RPD OFFICER STEVE WOZNIAK, *et al.*,<br><br>Defendants. | Case No. 3:22-CV-000524-ART-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

On October 4, 2023, the Court entered an amended screening order. (ECF No. 12.) The Court sent this document to Plaintiff's address at the Northern Nevada Correctional Center ("NNCC"). On October 5, 2023, NNCC returned this document as "undeliverable," stating that Plaintiff was "paroled on 9/6/2023" and therefore NNCC was unable to deliver the document. (ECF No. 13.) However, Plaintiff has not filed a change of address with the Court. Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Monday, November 6, 2023** to file a notice of change of address, or this Court will recommend that this action be dismissed.

The case is hereby STAYED in its entirety until Plaintiff files a notice of change of address.

**DATED**:  October 5, 2023  .

UNITED STATES MAGISTRATE JUDGE